JESSE SPRECHER, PLAINTIFF-RESPONDENT, v. LEONARD KALB, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Harth & Enright* for the petitioner.

*Mr. George D. McLaughlin* and *Mr. Nicholas Scalera* for the respondent.

April 13, 1964. Denied.

PIETRO LoROCCO, *ET AL.*, PLAINTIFFS-PETITIONERS, v. NEW JERSEY MANUFACTURERS INDEMNITY INSURANCE COMPANY, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 82 *N. J. Super.* 323.

*Messrs. Barbieri & Esposito* for the petitioners.

*Messrs. Bowers, Rinehart & Murphy* for the respondent.

April 13, 1964. Denied.